■ TRES, INC., Respondent, v CHEEVER DEVELOPMENT CORPORATION, Appellant. [624 NYS2d 934] —In an action for breach of a joint venture agreement, the defendant appeals from an order of the Supreme Court, Kings County (Held, J.), dated November 22, 1993, which denied its motion to vacate a prior order of the same court, dated October 13, 1993, granting the plaintiff partial summary judgment upon the defendant's default in opposing the motion.

Ordered that the order is affirmed, with costs.

Since the defendant has not shown a reasonable excuse for its default in opposing the plaintiff's motion for summary judgment, nor a meritorious defense, the court did not err in denying the defendant's motion to vacate the prior order entered upon the defendant's default *(see,* CPLR 5015 [a] [1]; *Fidelity & Deposit Co. v Andersen & Co.,* 60 NY2d 693; *Stewart v Warren,* 134 AD2d 585). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.

